# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 cv 263

| | |
|---|---|
| **RICHARD E. CROTTS,** | ) |
| Plaintiff | ) |
| | ) **ORDER** |
| v | ) |
| | ) |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the parties' "Joint Modified Rule 16 Report" (#9).

In this action brought pursuant to the Employee Retirement Income Security Act (ERISA), 29 U.S.C. § 1001, *et. seq.* the parties have advised that they do not request a conference with the court prior to the entry of a scheduling order. The court, having reviewed the parties' certification, therefore enters the scheduling order as set forth herein.

**IT IS, THEREFORE, ORDERED** as follows:

1. Defendant shall file a copy of the insurance policy at issue and the administrative record in this matter on or before **JANUARY 27, 2012.** In the event that defendant believes documents to be privileged, he will prepare a privilege log.

2. Because this is an action brought pursuant to ERISA, the parties believe that discovery is unnecessary. To the extent plaintiff claims that the administrative

record is incomplete, he shall seek discovery of such items on or before **FEBRUARY 17, 2012.**

3. The parties believe that settlement may be enhanced by use of a mediated settlement conference. The parties shall file notice of the selection of a mediator on or before **FEBRUARY 17, 2012** and mediation shall occur on or before **MARCH 16, 2012.** The parties shall file a mediation report seven (7) days after the completion of mediation.

4. In the event that mediation is unsuccessful, plaintiff shall file his motion for summary judgment on or before **thirty (30) days** from the filing of the mediation report. Defendant shall file its cross-motion for summary judgment together with response on or before **thirty (30) days** from the plaintiff's motion for summary judgment. Plaintiff's response, if any, shall be filed on or before **fourteen (14) day** from the filing of defendant's motion for summary judgment. The parties agree that the case shall be resolved on cross-motions for summary judgment and therefore no trial setting is required.

5. Briefs in support of or in response to motions for summary judgment shall not exceed twenty-five (25) pages in length absent permission from the court. All pleadings must be double-spaced, size fourteen (14) font.

Signed: December 29, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge